HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLEO ALLEN,<br><br>              Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE N.V. LLC,<br><br>              Defendant. | NO. 2:20-cv-00352-JLR<br><br>STIPULATION AND ORDER FOR ADDITIONAL 60 DAYS FOR PLAINTIFF TO RETAIN LOCAL COUNSEL |

## I. STIPULATION

**COME NOW**, Plaintiff CLEO ALLEN and Defendant HOLLAND AMERICA LINE N.V. and hereby stipulate as follows:

WHEREFORE, this Action was transferred from the United States District Court for the Middle District of Florida to this Court via a stipulation of the Parties and Order of the court, wherein Plaintiff was to have until April 3, 2020 to retain local counsel licensed to practice in this Court;

WHEREFORE, as the current state of the nation regarding the pandemic has made it difficult for Plaintiff to comply with the current deadline to retain local counsel licensed to

STIPULATION AND ORDER FOR
ADDITIONAL 60 DAYS FOR PLAINTIFF
TO RETAIN LOCAL COUNSEL - 1
No. 2:20-cv-00352-JLR

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

practice in this Court following transfer of this case from the United States District Court for the Middle District of Florida;

IT IS HEREBY STIPULATED by and between the parties that Plaintiff shall have an additional 60 days, through June 2, 2020, to retain local counsel licensed to practice in this Court, subject to the Court's approval regarding the same.

Dated: April 3, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Shannon L. Wodnik*
Shannon L. Wodnik, WSBA No. 44998
Attorneys for Defendant Holland America Line N.V.
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
Email: swodnik@grsm.com

CLARK LAW

By:
Jeremy S. Clark, Fla. Bar No.: 0064753
Florida Attorneys for Plaintiff Cleo Allen
Clark Law
10812 Gandy Blvd.
St. Petersburg, Florida 33702
Phone: (727) 202-6917
Fax: (727) 202-6918
Email:jeremey@tampabayfloridalawyers.com

STIPULATION AND ORDER FOR ADDITIONAL 60 DAYS FOR PLAINTIFF TO RETAIN LOCAL COUNSEL - 2
No. 2:20-cv-00352-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## II. ORDER

THIS MATTER, having come on before the above-entitled court and upon the foregoing Stipulation of all Parties hereto, the Court ORDERS that Plaintiff shall have an additional 60 days, through June 2, 2020, to retain local counsel licensed to practice in this Court.

DATED this 7th day of April, 2020.

_____
JAMES L. ROBART
United States District Judge

STIPULATION AND ORDER FOR ADDITIONAL 60 DAYS FOR PLAINTIFF TO RETAIN LOCAL COUNSEL - 3
No. 2:20-cv-00352-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this date I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, and caused a copy of the foregoing document to be delivered by email to plaintiff's counsel, pursuant to the parties' e-service agreement, addressed as follows:

> Jeremy S. Clark
> Cari Lee Clark
> Clark Law
> 10812 Gandy Blvd.
> St. Petersburg, FL 33702
> Phone: (727) 202-6917
> Email: jeremy@tampabayfloridalawyers.com
> cari@tampabayfloridalawyers.com

Dated this 6th day of April, 2020.

> *s/Caroline Mundy*
> Caroline Mundy, Legal Assistant

STIPULATION AND ORDER FOR
ADDITIONAL 60 DAYS FOR PLAINTIFF
TO RETAIN LOCAL COUNSEL - 4
No. 2:20-cv-00352-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822